

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2014

No. 04-14-00010-CV

John A. **SALDAÑA**,
Appellant

v.

Richard **MATA** Jr.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 382404
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We ORDER that appellee, Richard Mata Jr., recover his costs of this appeal from appellant, John A. Saldaña.

It is so ORDERED on February 19, 2014.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2014.

_Keith E. Hottle, Clerk_